UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE WILLIAM V. GALLO TO MAGISTRATE JUDGE DANIEL E. BUTCHER** | **TRANSFER ORDER** |

IT IS HEREBY ORDERED that the cases listed below are transferred from the calendar of the Honorable William V. Gallo to the calendar of the Honorable Daniel E. Butcher, for all further proceedings.[1]

| | |
|---|---|
| 20-CV-808-L | *Smith v. Corecivic of Tennessee LLC* |
| 20-CV-314-CAB | *IOSM Inc. v. Martinez et al.* |
| 20-CV-143-WVG | *Losito v. Saul* |
| 19-CV-1949-AJB | *Hamilton v. Cal. Dept. of Corrs. Rehabilitation et al.* |
| 19-CV-1432-CAB* | *Mitek Systems, Inc. v. Urban Ft, LLC* |

---

[1] Cases identified with an asterisk (*) presently have Mandatory Settlement Conferences or Early Neutral Evaluations scheduled before Judge Gallo. Unless otherwise noted herein, the dates of these MSCs or ENEs shall remain as presently scheduled but shall be rescheduled to the calendar of Judge Butcher.

1

19-CV-583-BAS       *Spice Jazz LLC v. Youngevity Int'l, Inc. et al.*

18-CV-2913-DMS*     *Wellons et al v. PNS Stores, Inc.*

17-CV-515-AJB       *United States of America v. RAJMP, Inc. et al.*

**IT IS SO ORDERED.**

DATED:  May 28, 2020

Hon. William V. Gallo
United States Magistrate Judge