UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA SMITH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>Defendant. | Case No.:  20-cv-808-L-DEB<br><br>**ORDER GRANTING JOINT MOTION TO AMEND / MODIFY SCHEDULING ORDER**<br><br>**DKT. NO. 37** |

Before the Court is the parties' Joint Motion to Amend/Modify Scheduling Order. Dkt No. 37 ("Joint Motion"). With good cause appearing, the Court grants the Joint Motion. The new Scheduling Order dates are:

| Event | Deadline/Date |
|---|---|
| Plaintiff's designation of replacement epidemiology expert witness | June 22, 2022 |
| Replacement Epidemiology Expert Witness's Disclosure | July 18, 2022 |
| Supplemental/Rebuttal Expert Disclosures | August 12, 2022 |
| Expert Discovery Cutoff | September 9, 2022 |
| Pre-trial Motion Filing Cutoff | October 7, 2022 |
| Fed. R. Civ. P. 26(a)(3) pre-trial disclosures | January 9, 2023 |
| Civ LR 16.1.f.4 meeting of counsel | January 16, 2023 |
| Plaintiff's proposed pre-trial order | January 23, 2023 |
| Lodging of proposed final pre-trial order | January 30, 2023 |

1

| Final Pre-trial Conference | February 6, 2023, 11:00 a.m. |
| --- | --- |

All other guidelines, deadlines, and requirements remain as previously set.

**IT IS SO ORDERED**.

Dated:  June 9, 2022

_____
Honorable Daniel E. Butcher
United States Magistrate Judge

20-cv-808-L-DEB