UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA SMITH, GREGORY ARNOLD, and ERICA BROOKS,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC, and DOES 1–25,<br><br>Defendants. | Case No.:  20-cv-0808-L-DEB<br>20-cv-0809-L-DEB<br>20-cv-0994-L-DEB<br>**ORDER GRANTING WITH MODIFICATION JOINT MOTION RE SPECIAL BRIEFING SCHEDULE AND LEAVE TO EXCEED PAGE LIMITS**<br><br>**[ECF No. 43]** |

Pending before the Court is the parties' joint motion to set a special briefing schedule and extend page limits.  (ECF No. 43.)  Defendant CoreCivic intends to file a motion for summary judgment in all three above-captioned cases on October 7, 2022, with the same hearing date.  (*Id.* at 3.)  This Court's Standing Order for Civil Cases requires the motions to be briefed together.  Civil Local Rule 7.1(h) provides that the combined brief and the opposition to the brief may not exceed twenty-five (25) pages each, while the reply brief may not exceed ten (10) pages.  The parties request to extend the page limit for the combined motion and opposition to forty (40) pages each and

20-cv-0808-L-DEB

extend the page limit for the reply to fifteen (15) pages.[1] (ECF No. 43 at 3–4.) The parties also request that the court order Defendant's opposition be filed no later than October 28, 2022, and Plaintiffs' combined reply, if any, be filed no later than November 11, 2022. (*Id.* at 3.)

Upon due consideration, the Court orders as follows:

1.   Defendant's combined motion for summary judgment may not exceed **THIRTY-FIVE (35)** pages.

2.   Plaintiffs' combined opposition may not exceed **THIRTY-FIVE (35)** pages.

3.   Defendant's combined reply may not exceed **FIFTEEN (15)** pages.

4.   Plaintiffs' combined opposition shall be filed no later than **October 28, 2022**.

5.   Defendant's combined reply shall be filed no later than **November 11, 2022**.

**IT IS SO ORDERED.**

Dated:  September 30, 2022

_____
Hon. M. James Lorenz
United States District Judge

---

[1] The joint motion states: "CoreCivic also requests an additional five (5) pages, for a total of no more than twenty (15) pages, for its Combined Reply Memorandum of Points and Authorities in support of the three combined motions." (ECF No. 43 at 4.) The Court interprets this as a request for an additional five (5) pages for the reply brief.

20-cv-0808-L-DEB