UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA SMITH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>Defendant. | Case No.:  20-cv-808-L-DEB<br><br>**ORDER GRANTING JOINT MOTION TO AMEND / MODIFY SCHEDULING ORDER**<br><br>**DKT. NO. 54** |

Before the Court is the parties' Joint Motion to Amend/Modify Scheduling Order. Dkt No. 54 ("Joint Motion"). With good cause appearing, the Court grants the Joint Motion. The new Scheduling Order dates are:

| Event | Deadline/Date |
|---|---|
| Fed. R. Civ. P. 26(a)(3) pre-trial disclosures | April 17, 2023 |
| Civ LR 16.1.f.4 meeting of counsel | April 24, 2023 |
| Plaintiff's proposed pre-trial order | May 1, 2023 |
| Lodging of proposed final pre-trial order | May 8, 2023 |
| Final Pre-trial Conference | May 15, 2023, 11:00 a.m. |

/ /

20-cv-808-L-DEB

All other guidelines, deadlines, and requirements remain as previously set.

**IT IS SO ORDERED**.

Dated:  January 4, 2023

_____
Honorable Daniel E. Butcher
United States Magistrate Judge

20-cv-808-L-DEB