## United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER:   20-cv-0808 | |
| TITLE:   Smith v. Corecivic of Tennessee LLC | |
| FILED DATE:   10/28/2022 | DOCUMENT NO.:   46 |
| DOCUMENT TITLE:   Response in Opposition re Motion for Summary Judgment | |
| DOCUMENT FILED BY:   Gruenberg, Joshua | |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

OTHER:

No courtesy copy provided.   *See* Judge Lorenz's Standing Order for Civil Cases.

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☒ | The document will remain as filed despite the discrepancy noted above. **Plaintiffs shall deliver a courtesy copy to chambers before noon on April 7, 2023**. Any further non-compliant documents may be stricken from the record. |
| ☐ | The Clerk is directed to MODIFY the docket text of the filed document to the following: [Click here] |
| ☐ | The document is REJECTED.  It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
| ☐ | Rejected documents shall be returned to pro se filer. |

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:   April 4, 2023                    CHAMBERS OF:  The Honorable M. James Lorenz

cc: All Parties                    By:   SMF, Clerk